UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-585-FDW

| | |
|---|---|
| KEVIN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GERALINDINE BENNETT, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a periodic status review. On October 5, 2017, this Court entered an order instructing Plaintiff to amend his Complaint within thirty (30) days. (Doc. No. 32). The Court warned Plaintiff that failure to submit an Amended Complaint would result in dismissal of this action without prejudice and without further notice to Plaintiff. Plaintiff has not yet filed an Amended Complaint.

Plaintiff shall file his Amended Complaint within thirty (30) days of service of this Order. **Plaintiff is hereby warned that his failure to file an Amended Complaint within the time specified by the Court, and in accordance with the Court's Order dated October 5, 2017, will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Signed: December 1, 2017

Frank D. Whitney
Chief United States District Judge